# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**IN RE: AMERICAN MEDICAL SYSTEMS, INC.,**
**PELVIC REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                                     MDL No. 2325

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −56)

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 456 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 08, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

AUG − 8 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

By_____Deputy

**IN RE: AMERICAN MEDICAL SYSTEMS, INC.,**
**PELVIC REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                      MDL No. 2325

### SCHEDULE CTO−56 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 12−02370 | Dismukes et al v. American Medical Systems Inc et al |
| ALN | 5 | 12−02426 | Raines v. American Medical Systems, Inc. et al |
| ALN | 7 | 12−02427 | Grant et al v. American Medical Systems Inc et al |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 12−00443 | Clayton et al v. American Medical Systems, Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12−03340 | Saul et al v. American Medical Systems, Inc. |
| CAN | 3 | 12−03345 | Raymer et al v. American Medical Systems Inc |
| CAN | 3 | 12−03347 | McCurry v. American Medical Systems, Inc. |
| CAN | 3 | 12−03350 | Mims et al v. American Medical Systems Inc |
| CAN | 3 | 12−03351 | Coomes et al v. American Medical Systems, Inc. |
| CAN | 3 | 12−03370 | Langford v. American Medical Systems Inc |
| CAN | 3 | 12−03371 | Sanders et al v. American Medical Systems Inc |
| CAN | 3 | 12−03374 | Carmen v. American Medical Systems, Inc. |
| CAN | 3 | 12−03449 | Avery et al v. American Medical Systems, Inc |
| CAN | 3 | 12−03453 | Hopper et al v. American Medical Systems Inc |
| CAN | 3 | 12−03467 | Wilkins v. American Medical Systems Inc |
| CAN | 4 | 12−03332 | Crampton v. American Medical Systems, Inc. |
| CAN | 4 | 12−03342 | Cluesman et al v. American Medical Systems, Inc. |
| CAN | 4 | 12−03389 | Hulsey et al v. American Medical Systems, Inc. |
| **GEORGIA SOUTHERN** | | | |
| GAS | 4 | 12−00181 | Johnson et al v. American Medical Systems, Inc. |
| **LOUISIANA WESTERN** | | | |
| LAW | 2 | 12−01751 | Boudreaux et al v. American Medical Systems, Inc. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 12−01804 | Howell v. American Medical Systems, Inc. |
| MN | 0 | 12−01824 | Brown v. American Medical Systems, Inc. |
| MN | 0 | 12−01855 | Jones v. American Medical Systems, Inc. |
| MN | 0 | 12−01856 | Burba et al v. American Medical Systems, Inc. |
| MN | 0 | 12−01857 | Donohue v. American Medical Systems, Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 12−00976 | Moore v. American Medical Systems, Inc. |
| MOW | 4 | 12−00998 | Owen et al v. American Medical Systems, Inc. et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 12−02093 | Jackson et al v. American Medical Systems Inc et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 2 | 12−00210 | Radcliff et al v. American Medical Systems, Inc. |
| TXS | 4 | 12−01957 | Simmons et al v. American Medical Systems, Inc. |
| TXS | 4 | 12−02054 | Klotz et al v. American Medical Systems, Inc. et al |
| TXS | 4 | 12−02076 | Hansen et al v. American Medical Systems, Inc. et al |

UTAH

| | | | |
|---|---|---|---|
| UT | 1 | 12−00135 | Madsen et al v. American Medical Systems et al |
| UT | 1 | 12−00141 | Lindhardt et al v. American Medical Systems et al |
| UT | 1 | 12−00142 | Leinweber v. American Medical Systems et al |
| UT | 2 | 12−00629 | Meadows v. American Medical Systems et al |
| UT | 2 | 12−00630 | Owens v. American Medical Systems et al |
| UT | 2 | 12−00631 | Gillette et al v. American Medical Systems et al |
| UT | 2 | 12−00632 | Butcher et al v. American Medical Systems et al |
| UT | 2 | 12−00633 | Cooke et al v. American Medical Systems et al |
| UT | 2 | 12−00634 | Vallejos v. American Medical Systems et al |
| UT | 2 | 12−00635 | Gray et al v. American Medical Systems et al |
| UT | 2 | 12−00640 | Stefanoff et al v. American Medical Systems et al |
| UT | 2 | 12−00641 | Thompson et al v. American Medical Systems et al |
| UT | 2 | 12−00645 | Wiley et al v. American Medical Systems et al |